AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT *14-1200 TJS*

for the

## NORTHERN District of WEST VIRGINIA

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| KEYYONN ROBERT CORNISH JOHNSON | ) | Case No. | **3:14CR5-001** |
| _____ | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **KEYYONN ROBERT CORNISH JOHNSON**                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint

Probation Violation Petition     Supervised Release Violation Petition     **X** Pretrial Release Violation Notice     Order of the Court

This offense is briefly described as follows:

**SEE ATTACHED PETITION**

*[stamp: ENTERED, FILED, LODGED, RECEIVED, MAY 22 2014, AT BALTIMORE, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, DEPUTY]*

*Cheryl Dean Riley*

Date:     **May 14, 2014**

_____
*Issuing officer's signature*

City and state:     **Martinsburg, WV**

**Chadwick W Mullen - Deputy Clerk**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____     _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

Case 3:14-cr-00005-GMG-JES Document 112 *SEALED* Filed 05/14/14 Page 1 of 6
Case 1:14-mi-01200-TJS Document 1 Filed 05/22/14 Page 2 of 4
PageID #: 341

PS 8
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

U.S.A. vs. Keyyonn Robert Cornish Johnson        Docket No.: 3:14CR5-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW CHRISTINE A. BARTHOLOMAY, U. S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Keyyonn Robert Cornish Johnson, who was placed under pretrial release supervision by the Honorable James E. Seibert, U. S. Magistrate Judge, sitting in the COURT at Martinsburg, West Virginia, on February 19, 2014, under the following conditions:

**Condition 7(m): The defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a medical practitioner.**

Respectfully presenting petition for action of court for cause as follows:
(If short insert here; if lengthy write on separate sheet and attach.)

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | On March 31, 2014, following the defendant's change of plea hearing in Martinsburg, West Virginia, a random drug test was conducted. The defendant tested positive for marijuana, and he DENIED using that substance. The specimen was sent to Alere Toxicology Services, Inc., for testing and confirmation, and was returned as a positive specimen. |

FILED _____ ENTERED
LODGED _____ RECEIVED

**MAY 2 2 2014**

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND    DEPUTY

The defendant has been supervised by U. S. Pretrial Services Officer, Joe Cruse, District of Maryland (Baltimore office), since his release on bond. The undersigned notified USPO Cruse of this drug test. He advised that he would continue supervision despite the positive test, and noted that he had supplied a **negative sample on March 10, 2014.** He also supplied another sample for that office on April 7, 2014, which was negative for all substances.

A copy of the lab report is attached for the Court's review. The Court was not previously notified of this positive sample since it was being addressed by the District of Maryland, and a sample supplied eight days later was negative.

Case 1:14-mi-01200-TJS  Document 1  Filed 05/22/14  Page 3 of 4
Case 3:14-cr-00005-GMG-JES  Document 112 *SEALED*  Filed 05/14/14  Page 2 of 6
PageID #: 342

PS8                                                    PS8 Petition for Action on Conditions of Pretrial Release

2           On May 12, 2014, the defendant reported to USPO Cruse's office in the
            District of Maryland for a routine office visit. He was drug tested during
            that meeting, and admitted to using an oxycodone pill from his
            girlfriend's prescription (left over from her giving birth). The specimen
            was observed to be positive for oxycodone.

            According to the correspondence received from USPO Cruse, the
            defendant allegedly slipped and fell while at work the day before, hurt his
            lower back, and needed pain medicine. He allegedly then took "the only
            medication that was in the medicine cabinet." He signed a written
            admission form acknowledging the same, which is attached to this report.

## PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

[ ] Neither

U. S. Pretrial Services Officer Recommendation:

        The term of supervision should be:

        [X] Revoked: The defendant is establishing a pattern of drug use while on bond. He has
            entered a plea and is pending sentencing, which is scheduled for June 16, 2014.

        [ ] No action taken at this time

        [ ] The conditions of supervision should be modified as follows:

                                        Respectfully submitted,

                                        _Christine Bartholomay_     Digitally signed by Christine
                                                                    Bartholomay
                                                                    Date: 2014.05.14 10:21:25
                                                                    -04'00'
                                        _____
                                        Christine A. Bartholomay
                                        U. S. Pretrial Services Officer
                                        Place: Martinsburg, West Virginia
                                        Date: May 14, 2014

                                        -2-

Case 1:14-mj-01200-TJS Document 1 Filed 05/22/14 Page 4 of 4
Case 3:14-cr-00005-GMG-JES Document 112 *SEALED* Filed 05/14/14 Page 3 of 6
PageID #: 343

PS8

## THE COURT ORDERS

- ☐ No action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

ORDER OF COURT

Considered and ordered this <u>14th</u> day of <u>May</u>, 20<u>14</u> and ordered filed and made a part of the records in the above case.

<u>/s/James E. Seibert</u>
U. S. District Judge/Magistrate